# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAKEFIELD, | CASE NO. 1:07-cv-01802-OWW-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS FROM ACTION |
| v. | |
| JAMES TILTON, et al., | (Docs. 1 and 13) |
| Defendants. | |

Plaintiff Darryl Wakefield ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 2, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. On October 20, 2008, Plaintiff filed an Objection.

On August 26, 2008, the Court issued an order finding that Plaintiff's complaint states a cognizable free exercise claim against Defendant Indermill but does not state any other claims upon which relief may be granted. The Court ordered Plaintiff to either file an amended complaint curing the deficiencies identified by the Court or notify the Court of his willingness to proceed only against Defendant Indermill on his cognizable free exercise claim. On September 8, 2008, Plaintiff filed a notice seeking dismissal of all defendants except for Indermill and Does 1-3, who are members of the Religious Review Committee, which denied his request for a religious accommodation. On

1  September 18, 2008, the Court issued an order addressing Plaintiff's notice and informing him that
2  because he had not properly pled a section 1983 claim against Does 1-3, he could either opt to
3  proceed only against Defendant Indermill or file an amended complaint.  On September 29, 2008,
4  Plaintiff filed a notice stating that he is dismissing the Doe defendants and wishes to proceed only
5  against Defendant Indermill.  Based on Plaintiff's decision, the Magistrate Judge issued the Findings
6  and Recommendations at issue here.

7  Plaintiff was provided with the opportunity to file an amended complaint curing the
8  deficiencies in his claims on two occasions. (Docs. 9, 11.)  Both times Plaintiff opted not to file an
9  amended complaint. (Docs. 10, 12.)  Although Plaintiff now objects to the dismissal of Defendants
10 Spodea, Maldonado, Sheppard-Brooks, Cano, Hense, Hodges-Wilkins, Grannis, Tilton, Adams, and
11 Hartley, Plaintiff did not request leave to amend his complaint and did not set forth any grounds
12 supporting his objection to their dismissal.

13 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
14 de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings
15 and Recommendations to be supported by the record and by proper analysis.  Plaintiff's Objection
16 provides no basis for declining to adopt the Magistrate Judge's recommendations.

17 Accordingly, IT IS HEREBY ORDERED that:
18 1. The Findings and Recommendations, filed October 2, 2008, is adopted in full;
19 2. This action shall proceed on Plaintiff's complaint, filed December 12, 2007, against
20    Defendant Indermill on Plaintiff's free exercise claim;
21 3. Plaintiff's equal protection claim is dismissed for failure to state a claim;
22 4. Plaintiff's ADA and RA claims are dismissed for failure to state a claim; and
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5.  Defendants Spodea, Maldonado, Sheppard-Brooks, Cano, Hense, Hodges-Wilkins, Grannis, Tilton, Adams, and Hartley are dismissed from this action based on Plaintiff's failure to state any claims against them.

IT IS SO ORDERED.

**Dated:   October 27, 2008**                     /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE