IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DARRYL WAKEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES E. TILTON, et al.,<br><br>    Defendant. | 1:07-cv-01802 OWW GSA (PC)<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>DEADLINE: FEBRUARY 26, 2009 |

On January 12, 2009, Defendant Indermill filed a request for an extension of time to respond to Plaintiff's complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant's request for an extension of time is GRANTED;

2. Defendant shall file a response to the complaint on or before February 26, 2009.

IT IS SO ORDERED.

Dated: **January 15, 2009**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1